IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| LYNDA S. MICHAELSKI and PATRICK J. MICHAELSKI | § § § | |
| V. | § § | CIVIL ACTION NO. G-13-358 |
| CITY OF CLEAR LAKE SHORES | § § | |

### FINAL JUDGMENT

On this day the Court granted the Motion for Summary Judgment of Defendant, City of Clear Lake Shores, and ordered the dismissal of the First Amended Complaint of Plaintiffs, Lynda and Patrick Michaelski.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiffs, Lynda and Patrick Michaelski, **TAKE NOTHING**; that their First Amended Complaint is **DISMISSED with prejudice**; and that the Parties **SHALL** each bear their own costs.

**THIS IS A FINAL AND APPEALABLE JUDGMENT**.

**DONE** at Galveston, Texas, this _____12th_____ day of June, 2015.

John R. Froeschner
United States Magistrate Judge